# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130623

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DALLAS M. BURTON, JR.,
　　　　Plaintiff-Appellee,

v

MICHAEL M. ELKINS, and ELKINS
AND ASSOCIATES,
　　　　Defendants-Appellants.

SC: 130623
COA: 262438
Oakland CC: 2003-054646-CK

_____/

　　　　On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk

p0619